JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 23-2609 JGB (DTBx)** | Date | April 9, 2024 |
|---|---|---|---|
| Title | *Latanya Williams v. Morenos Tires Inc., et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order Dismissing Action for Lack of Prosecution (IN CHAMBERS)

　　　　On December 22, 2023, Plaintiff Latanya Williams ("Plaintiff") filed a complaint against Defendants Morenos Tires, Inc., Ramiro Torres (jointly, "Defendants"), and Does 1 through 10, inclusive. ("Complaint," Dkt. No. 1.) On March 28, 2024, the Court issued an order to show cause for lack of prosecution as Plaintiff had not yet filed a proof of service. ("OSC," Dkt. No. 14.) On April 5, 2024, Plaintiff timely replied to the OSC by filing proofs of service as to both Defendants. ("Morenos Proof of Service," Dkt. No. 15; "Torres Proof of Service," Dkt. No. 16.)

　　　　Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. Proc. 4(m) ("Rule 4(m)"). Here, however, both the Morenos Proof of Service and Torres Proof of Service indicate that each Defendant was served on April 4, 2024—104 days after the Complaint was filed. (See Morenos Proof of Service; Torres Proof of Service.) Plaintiff has presented no good cause or explanation for the late service.

　　　　Accordingly, pursuant to Rule 4(m), the Court **DISMISSES** the action **WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close the case.

　　　　**IT IS SO ORDERED.**